■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNIE E. SMALL, Appellant. [986 NYS2d 901]—Appeal from a judgment of the Erie County Court (James A.W. McLeod, A.J.), rendered September 6, 2011. The judgment convicted defendant, upon a jury verdict, of grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him after a jury trial of grand larceny in the fourth degree (Penal Law § 155.30 [1]). Defendant raises contentions identical to those raised by his codefendant on his appeal (*People v Robinson*, 111 AD3d 1358 [2013], *lv denied* 22 NY3d 1141 [2014]), and "defendant has failed to offer any persuasive reason for this [C]ourt to depart from its prior determination[s] of [those] issue[s]" (*People v Thomas*, 177 AD2d 728, 728 [1991],

*lv denied* 79 NY2d 1055 [1992]). We therefore affirm the judgment for the reasons stated in our decision in *Robinson*, and add only that defendant's sentence is not unduly harsh or severe. Present—Scudder, P.J., Fahey, Carni, Valentino and Whalen, JJ.